*Decisions rendered Tuesday, December 22, 1885.*

STONE *et al. vs.* RICHARDSON.

TRAVERSE OF SHERIFF'S RETURN, FROM WHITFIELD.    Amendment.    Pleading.
                    Sheriff.   (Before Judge Fain.)

Jackson, C. J.—A traverse of a sheriff's return made at the first
term, may be amended at a subsequent term by making the sheriff a
party.   59 Ga., 461; 68 Id., 215.

Judgment affirmed.

T. R. Jones, by brief, for plaintiff in error.

McCamy & Walker, for defendant.

---

WOOLBRIGHT *vs.* CURETON,

CERTIORARI, FROM DADE.    Roads and Bridges.    Private Ways.    Prescription.
                    (Before Judge Fain.)

Jackson, C. J.—To acquire the right to a private way over the
lands of anorher by prescription, it is necessary to show that the par-
ty claiming it has been in the uninterrupted use and enjoyment of
such private way, not exceeding fifteen feet in width, and kept in good
repair, for as much as seven years, of which the owners have had six
months' knowledge.    Where there was no evidence to show that the
way was not over fifteen feet in width, and that it had been kept open
and in repair for seven years, the judgment of the Ordinary, ordering
the removal of obstructions therefrom, was properly reversed on certio-
rari, and a new trial granted.    Nor did it matter that the judgment of
the Ordinary had been reversed once before, if the evidence was not suffi-
cient to support it.    Code, §§ 731, 737, 738, 721; 69 Ga , 29, 30.

Judgment affirmed.

W. U. & T. P. Jacoway; R. J. McCamy, for plaintiff in error.

T. J. Lumpkin, for defendant.